| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) MELTON, Howell W | 2. Court or Organization U.S.D.C., Middle Florida | 3. Date of Report 4/28/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Dist. Judge Senior Status | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address Suite 11-300 300 North Hogan Street Jacksonville, Florida 32202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.     (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.     Trustee | Flagler College, St. Augustine, Florida |

## II. AGREEMENTS.     (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 4 9 44 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | State of Florida, Dept. of Management Services, Division of Retirement | $ 25,646.22 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MELTON, Howell W | 4/28/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W | 4/28/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wachovia Corp. IRA Acct. (CD) | A | Interest | J | T | | | | | |
| 2. Wachovia Corp. IRA Acct. (CD) | A | Interest | K | T | | | | | |
| 3. Alliance Balanced SHS Inc. (Mutual Fund) | A | Dividend | K | T | | | | | |
| 4. Alliance Growth & Income Fund, Inc. (Mutual Fund) | A | Dividend | L | T | | | | | |
| 5. Nuveen Ins. Mun. Opportunity Fd., Inc. | B | Interest | K | T | | | | | |
| 6. Nuveen Ins. FL Premium Income Municipal Fd. | B | Interest | K | T | | | | | |
| 7. Walt Disney Co. common stock | A | Interest | K | T | | | | | |
| 8. Evergreen High Grade T/F Fund A (Mutual Fund) | B | Dividend | K | T | | | | | |
| 9. Vanguard Index Trust-500 Portfolio (Mutual Fund) | A | Dividend | K | T | | | | | |
| 10. Vanguard Equity Income Fund (Mutual Fund) | C | Div & Gain | L | T | | | | | |
| 11. Vanguard Total Stock Market Portfolio (Mutual Fund) | A | Dividend | K | T | | | | | |
| 12. Prosperity Banking Company common stock class C | | None | | | Redeemed | 12/1 | K | E | |
| 13. Nuveen Ins. FL Premium Income Municipal Fd. | B | Interest | K | T | | | | | |
| 14. Wachovia Corp. account | A | Interest | M | T | | | | | |
| 15. Wachovia Corp. account | A | Interest | J | T | | | | | |
| 16. Ford Motor Co. common stock | A | Dividend | J | T | | | | | |
| 17. AT&T Corp. common stock | A | Dividend | J | T | | | | | |
| 18. Vodaphone Grp PLC com.stk. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:                J = $15,000 or less       K = $15,001-$50,000       L = $50,001-$100,000       M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                                      P3 = $25,000,001-$50,000,000                    P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal       R = Cost (Real Estate Only)   S = Assessment       T = Cash/Market
   (See Column C2)              U = Book Value       V = Other                       W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W | 4/28/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Verizon Comm'n Com. com. stock | A | Dividend | K | T | | | | | |
| 20. Bellsouth Corp. common stock | A | Dividend | K | T | | | | | |
| 21. Dana Corp. common stock | A | Dividend | K | T | | | | | |
| 22. DuPont E.l. DeNemours & Co. pfd. stock $4.50 | A | Dividend | K | T | | | | | |
| 23. Exxon Mobil Corp. common stock | B | Dividend | L | T | | | | | |
| 24. Federated Dept. Stores Inc. common stock | A | Dividend | J | T | | | | | |
| 25. Wachovia Corp. common stock | D | Dividend | N | T | | | | | |
| 26. Evergreen High Grade T/F Fd. A | A | Dividend | K | T | | | | | |
| 27. Mass. Invs. TR CL A Fund | A | Dividend | J | T | | | | | |
| 28. Nuveen T/E Unit Trust Insd. Fla. Unit Fund | A | Interest | | | Redeemed | 3/15 | J | | |
| 29. SBC Comms. Inc. common stock | A | Dividend | K | T | | | | | |
| 30. Quest Comm. International Inc. common stock | | None | J | T | | | | | |
| 31. VanKampen U.S. Mortgage Fund *1 | A | Dividend | K | T | Name Change | 4/30 | | | |
| 32. Home Depot, Inc. common stock | A | Dividend | K | T | | | | | |
| 33. Putnam Vista Fund, Inc. (Mutual Fund) | | None | K | T | | | | | |
| 34. Hillsborough Co. Fla. Utility Revenue COP Zero Bonds | B | Interest | K | T | | | | | |
| 35. Plantation Fla. Water Sewer Revenue Zero Bonds | B | Interest | J | T | Part redempt | 3/1 | J | | |
| 36. Port Everglades Auth. Fla. Revenue Zero Bonds | B | Interest | K | T | - | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W | 4/28/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. Merck & Co. Inc. common stock | A | Dividend | J | T | | | | | |
| 38. Bank of America Corp. common stock | C | Dividend | L | T | | | | | |
| 39. Prosperity Bank of St. Augustine CD | A | Interest | J | T | Part Redempt | 7/26 | L | | |
| 40. Pfizer Corp. common stock | A | Dividend | J | T | | | | | |
| 41. Dade Co. FL Spl Oblig Rev AMBAC B/E Cpn Bonds | A | Interest | K | T | | | | | |
| 42. Citigroup Inc. com stk | A | Dividend | J | T | | | | | |
| 43. Oracle Corp. common stock | | None | K | T | | | | | |
| 44. Florida St. Bd. Ed. Cap. Outlay Ser. A Bonds | B | Interest | K | T | | | | | |
| 45. Wal-Mart Stores Inc. common stock | A | Dividend | J | T | | | | | |
| 46. Pt. Orange FL Wtr & Swr Rev. Rfdg AMBAC BE bonds | B | Interest | K | T | | | | | |
| 47. Nuveen Senior Income Fund | A | Dividend | J | T | | | | | |
| 48. First Trust SPCL SIT Unite 320 MVN Closed End Port | A | Interest | | | Redeemed | 6/3 | K | | |
| 49. Wachovia Corp. CD | A | Interest | | | Redeemed | 4/8 | K | | |
| 50. Putnam New Opportunities Fd Cl B shs mutual | | None | J | T | | | | | |
| 51. Prosperity Banking Company Series B pfd stock | B | Interest | | | Redeemed | 12/1 | K | | |
| 52. Prosperity Bank of St. Augustine CD | A | Interest | K | T | | | | | |
| 53. Prosperity Bank of St. Augustine CD | A | Interest | J | T | | | | | |
| 54. Prosperity Bank of St. Augustine CD | B | Interest | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MELTON, Howell W | 4/28/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Prosperity Bank of St. Augustine CD | A | Interest | | | Redeemed | 7/26 | K | | |
| 56. Comcast Corp New Class A common stock | | None | J | T | | | | | |
| 57. Ft Unit 723 Mun. Closed End Port Ser. 8 | B | Int & Gain | K | T | | | | | |
| 58. Fl. St. Bd. of Ed. Ser. H G/O Unltd ... Cpn 3.25% DUE 6/1/09 | A | Interest | K | T | | | | | |
| 59. Fl St. Mun Pwr Agy Rev Ref All Reqts Cpn 3.00% due 10/01/07 | A | Interest | K | T | | | | | |
| 60. VyStar Credit Union CD | A | Interest | K | T | Buy | 4/6 | K | | |
| 61. VyStar Credit Union CD | A | Interest | K | T | Buy | 4/13 | K | | |
| 62. Prosperity Bank of St. Augustine CD | A | Interest | L | T | Buy | 7/26 | L | | |
| 63. Wachovia Corp. CD | A | Interest | K | T | Buy | 6/8 | K | | |
| 64. Wachovia Corp. CD | A | Interest | K | T | Buy | 6/29 | J | | |
| 65. Wachovia Corp. CD | A | Interest | K | T | Buy | 8/3 | J | | |
| 66. AT&T Wireless Services (common stock) *2 | | None | | | Redeemed | 10/27 | J | | |
| 67. Wachovia Corp. CD | | None | K | T | Buy | 12/10 | K | | |
| 68. Monsanto Co. (common stock) *3 | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MELTON, Howell W | 4/28/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

*1 f/k/a Van Kampen Merritt U.S. Govt. Fund. Inc.

*2 AT&T Wireless Services (common stock) did not meet threshold value of $1000 and was not reported on 2003 FDR.

*3 Monsanto Co. (common stock) did not meet threshold value of $1000 and was not reported on 2003 FDR. Reached threshold value in January 2004.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MELTON, Howell W | 4/28/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date APRIL 28, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544